IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Bernard Jackson,  )  | C/A No. 3:07-0356-JFA-BM |
| ) | |
| Plaintiff, ) | |
| v.  ) | **ORDER** |
| ) | |
| John Harris Body Shop; Campbell Harris; ) | |
| and Steve Jeffcoat, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The *pro se* plaintiff, Bernard Jackson, brings this action asserting claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e, *et. seq*. He claims that he was wrongfully terminated from his employment and has been subjected to discrimination.

The Magistrate Judge has prepared a detailed Report and Recommendation[1] suggesting that the motion to dismiss or for summary judgment[2] filed by the individual defendants Campbell Harris and Steve Jeffcoat, should be granted. The Report sets forth in detail the

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

[2] The individual defendants filed a motion for summary judgment. Accordingly, an order was issued pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) notifying plaintiff of the summary dismissal procedure and possible consequences if he failed to adequately respond to the motion for summary judgment. Plaintiff responded to the motion.

1

relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

In his response to the motion for summary judgment, the plaintiff indicates that he does not oppose the motion dismissing individual defendants Harris and Jeffcoat. However, the plaintiff requests that his suit against John Harris Body Shop continue. Defendant John Harris Body Shop has not filed a motion for summary judgment.

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on July 12, 2007. However, the plaintiff has not filed any objections to the Report within the time limits prescribed by the federal rules.

After carefully reviewing the applicable law, the record in this case, and the Report and Recommendation, the court agrees with the Magistrate Judge's recommendation and incorporates the Report herein by reference.

Accordingly, the motion for summary judgment by individual defendants Campbell Harris and Steve Jeffcoat is granted. This action shall be returned to the assigned Magistrate Judge for further proceedings on the claims against John Harris Body Shop.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

August 30, 2007
Columbia, South Carolina